GERSHAM GARD *versus* DeGARMO JONES.

JOURNAL ENTRIES (1829–30): *Journal 4:* (1) Judgment reversed *p. 347; (2) motion for remand for new trial *p. 348; (3) cause remanded *p. 355.
PAPERS IN FILE: (1) Petition and precipe for writ of error, allocatur; (2) writ of error and return; (3) assignment of errors, joinder.
*1824–36 Calendar,* MS p. 189. Recorded in *Book C,* MS pp. 202–8.